IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID'S BRIDAL, INC. | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 13-2870 |
| CELS ENTERPRISES INC. | : | |
| Defendant | : | |

**CIVIL JUDGMENT**

Before the Honorable David R. Strawbridge:

**AND NOW** this 20th day of March, 2015, in accordance with the Memorandum Opinion filed on this date,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of the Defendant, Cels Enterprises, Inc., and against the Plaintiff, David's Bridal, Inc., in the amount of $210,054.04.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE